## Kennedy et ux., Appellants, *v.* Cricket Club Corporation.

Argued June 13, 1973. *James L. Hollinger,* with him *Edward R. Schmidt,* and *Smith, Aker, Grossman, Hollinger & Jenkins,* for appellants; *Jeffrey A. Less,* with him *Dilworth, Paxson, Kalish, Levy & Coleman,* for appellee.

Order affirmed.

## Lerner *v.* Elmer Schultz Services, Appellant.

Argued June 13, 1973. *Joseph V. Pinto,* with him *White and Williams,* for appellant; *John G. Veith,* for appellee.

Judgment affirmed.